## SOUTHERN RAILWAY COMPANY *v.* EARLY.

LEWIS, J.   The presumption of negligence against the company, arising from proof of the killing of live stock by the running of its train, was rebutted and overcome by uncontradicted and unimpeached testimony clearly showing that the defendant was in the exercise of all ordinary and reasonable care and diligence when the injury occurred.   The verdict for the plaintiff, therefore, was contrary to evidence, and the judge erred in not sustaining the petition for certiorari on this ground.

*Judgment reversed.   All the Justices concurring.*

Argued June 17, — Decided July 26, 1898.

Certiorari.    Before Judge Henry.    Floyd superior court. July term, 1897.

*C. Rowell, Shumate & Maddox* and *C. W. Underwood,* for plaintiff in error.   *Fouche & Fouche,* contra.

---

## SELIGER & NEWMAN *v.* COKER & COMPANY.

SIMMONS, C. J.   1. An acknowledgment of service of a paper purporting to be a bill of exceptions, followed by a waiver of copy, notice, and further service thereof, entered thereon before the same is certified by the trial judge, does not amount to a service of the same paper after it has been so certified.   *Southern Ry. Co.* v. *Brannon,* 102 *Ga.* 578; *Riley* v. *Echols,* 99 *Ga.* 321; and cases cited.

2. Service of a bill of exceptions, or a waiver thereof, being essential to give this court jurisdiction of the case, and service before the bill of exceptions is certified by the judge being in law no service, a writ of error upon which appears no other service than one purporting to have taken place before the bill of exceptions was certified will be dismissed.   The rule of this court requiring notice of motions to dismiss a writ of error to be given twenty-four hours before the case is called for argument, by its terms, does not apply to a case where jurisdiction is involved.   Rule 25 of Supreme Court, Civil Code, § 5622.

*Writ of error dismissed.   All the Justices concurring.*

Argued June 17, — Decided July 26, 1898.

Motion to dismiss writ of error.

*C. A. Thornwell* and *Fouche & Fouche,* for plaintiffs in error. *M. B. Eubanks* and *McHenry & Nunnally,* contra.